UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DOWNS,<br><br>        Petitioner,<br><br>    v.<br><br>BUNMI O. AWONIYI,<br><br>        Respondent. | No. 2:25-cv-2690 AC P<br><br><br>ORDER |

       Petitioner, a prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 29, 2025, the court informed petitioner that he had not filed an in forma pauperis affidavit or paid the required filing fee ($5.00) pursuant to 28 U.S.C. §§ 1914(a), 1915(a). See ECF No. 3. Petitioner was provided with thirty days to file an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee. Id. at 2. In response, petitioner filed an application to proceed in forma pauperis but did not complete the certification on page two of the application. See ECF No. 4.

       Rule 3 governing 28 U.S.C. § 2254 requires that a habeas petition be filed with "(1) the applicable filing fee, or (2) a motion for leave to proceed in forma pauperis, the affidavit required by 28 U.S.C. § 1915, *and* a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution." Petitioner will be given another opportunity to submit the appropriate filing fee

1  or a completed in forma pauperis application *with* certification or *with* a certified copy of
2  petitioner's trust account statement for the six-month period immediately preceding the filing of
3  the complaint.
4         In accordance with the above, IT IS HEREBY ORDERED that:
5         1. Petitioner shall submit, within thirty days from the date of this order, the appropriate
6  filing fee or a complete in forma pauperis application *with* certification or with a certified copy of
7  his trust account statement for the six-month period immediately preceding the filing of the
8  complaint (or institutional equivalent).  Petitioner's failure to comply with this order will result in
9  a recommendation that this action be dismissed; and
10        2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis
11 form used by this district.
12 DATED: October 20, 2025

                                          _____
                                          ALLISON CLAIRE
                                          UNITED STATES MAGISTRATE JUDGE

2