t

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DOWNS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BUNMI O. AWONIYI,<br><br>　　　　Respondent. | No.  2:25-cv-2690 AC P<br><br><br>ORDER |

On October 20, 2025, the court ordered petitioner to submit, within 30 days from the date of the order, the appropriate filing fee or a complete in forma pauperis application with certification or with a certified copy of his jail trust account statement for the six-months period immediately preceding the filing of his petition. ECF No. 5. Petitioner has requested an extension of time until December 20, 2025, indicating that he is having an issue getting the paperwork, he will submit a copy of his grievance regarding this issue once he receives it, and that he is also having an issue accessing the law library. ECF No. 6.

Good cause appearing, petitioner's request for an extension of time will be granted. Petitioner, however, is advised that he *should not* submit documents that have not been requested by the court and/or are unrelated to the claims in this action, and that he does not need access to the law library to respond to the court's request.  To respond to the court's request, he should only file the $5 filing fee *or* a complete in forma pauperis application *with* (1) the required certification

1

on page two of the form or (2) a certified copy of his trust account statement for the six-months immediately preceding the filing of his petition. If petitioner is unable to get a certified copy of his trust account statement, he should ask an officer at Sacramento County Jail to *complete and sign* the certificate portion of the in forma pauperis application (i.e. complete the section labeled "CERTIFICATION BELOW IS TO BE COMPLETED BY NON-CDCR INCARCERATED PRISONERS ONLY"). He can submit the completed form and certification even if he does not attach a certified copy of his trust account statement.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 6) is GRANTED;
2. Petitioner shall submit, by December 22, 2025, the appropriate filing fee or a complete in forma pauperis application *with* certification *or* a certified copy of his trust account statement for the six-month period immediately preceding the filing of the complaint (or institutional equivalent). Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and
3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: November 20, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2